**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH BYWATER, | ) | CASE NO. 5:25-cv-2170 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-titled action recommending that the Commissioner's decision denying Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") be affirmed. (Doc. No. 11 (Report and Recommendation).) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed by any party. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a forfeiture of a *de novo* determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's Report and Recommendation and adopts the same. Accordingly, the Report and Recommendation (Doc. No. 11) is **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**. This case is **DISMISSED**.

   **IT IS SO ORDERED**.


Dated: August 6, 2026

   **HONORABLE SARA LIOI**
   **CHIEF JUDGE**
   **UNITED STATES DISTRICT COURT**